ACCEPTED
03-12-00669-CR
3773952
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 5:03:19 PM
JEFFREY D. KYLE
CLERK

# Manuel C. Rodriguez Jr.

**Attorney at Law**
Lincoln Center, Suite 710
7800 IH-10 West
San Antonio, TX. 78230

Tel. (210) 541-1440        Fax (210) 979-9501

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 5:03:19 PM
JEFFREY D. KYLE
Clerk

January 14, 2015

Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

03-12-00669-CR

Re:      The State of Texas V. Marcus Tyler Scheffield
Court of Appeals No. 03-12-00669-CV
Brief on behalf of Appellee, Marcus Tyler Scheffield
Cause No. CR2011-575

To the Honorable Court of Appeals:

Pursuant of Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellee, Marcus Tyler Scheffield, of his right to file a pro se petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Scheffield. The notification was sent by certified mail, return receipt requested on January 12, 2015. The undersigned attorney supplies the Court with the following information about this case:

> Appellate attorney: Manuel C. Rodriguez Jr. (SBN: 24033008)
> Date of Opinion and Judgment: December 30, 2014
> Date notification mailed to Appellant: January 12, 2015
> Certified Mail Number: 7014 0510 0000 6652 7439

Sincerely yours,

/s/ Manuel C. Rodriguez Jr.
Manuel C. Rodriguez Jr.
Attorney at law

cc: file